UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WESLEY BLANC,

    Plaintiff,

v.                          Case No. 5:23-cv-181-MCR-MJF

SERGEANT LILLIE, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this action on June 13, 2023, by filing a civil rights complaint in the United States District Court for the Middle District of Florida. Doc. 1. The action was transferred to this District Court on July 7, 2023. Docs. 3, 4.

On July 7, 2023, the undersigned ordered Plaintiff to file the following by August 7, 2023: (1) a notice of voluntary dismissal; or (2) an amended civil rights complaint on the Northern District form accompanied by either the $402.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 6. The clerk of the court mailed Plaintiff the required court forms.

On September 6, 2023, the undersigned extended Plaintiff's compliance deadline to October 6, 2023, and mailed Plaintiff a second set of forms. Doc. 11. The undersigned warned Plaintiff that no further extensions would be considered absent a showing of exceptional circumstances. *Id.* at 4-5.

To date, Plaintiff has not complied with the July 7 and September 6 orders, and has not responded to the 14-day show cause order issued on October 20, 2023. Doc. 12. Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 17th day of November, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1.

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address all preliminary matters and to make recommendations regarding dispositive matters.** *See* **N.D. Fla. Loc. R. 72.2;** *see also* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**